FILED
DECEMBER 18, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH    07 C 7114

JUDGE SHADUR
MAGISTRATE JUDGE DENLOW

EXHIBIT 1



