**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number:

Yao Xu

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al.

**FILED**
**DECEMBER 18, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH    07 C 7114**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE SHADUR**
**MAGISTRATE JUDGE DENLOW**

Yao Xu

| | |
|---|---|
| NAME (Type or print) <br> Mark A. Partin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mark A. Partin | |
| FIRM <br> Vedder Price, P.C. | |
| STREET ADDRESS <br> 222 North LaSalle Street, 23rd FLoor | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278203 | TELEPHONE NUMBER <br> 312-609-7500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |